**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Karen M. Williams |
| v. | Crim. No. 26-252 |
| PEDRO GAMEZ | **FIRST AMENDED SCHEDULING ORDER** |

This matter having come before the Court for arraignment; and the United States being represented by Robert Frazer, United States Attorney for the District of New Jersey (Michelle L. Goldman, Assistant U.S. Attorney, appearing); and Pedro Gamez (the "Defendant") being represented by Joel Silberman, Esq.; and the parties having met and conferred following arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this [illegible] day of **September, 2026**, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **September 12, 2026.**

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **September 12, 2026**. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **September 30, 2026**.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **September 30, 2026**.

5. The following shall be the schedule for pretrial motions in this matter:

a) Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before **October 15, 2026**;

b) Responses to the pretrial motions shall be filed on or before **November 19, 2026**;

c) Replies may be filed on or before **December 17, 2026**;

d) Oral argument on pretrial motions shall be held **February 1, 2027 at 2:00 p.m.** in Courtroom 4A – Camden.

e) Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

Honorable Karen M. Williams
United States District Judge

Consented to as to form and entry:

Michelle L. Goldman
Assistant U.S. Attorney

*/s/ Joel Silberman*
Joel Silberman, Esq.
Counsel for Pedro Gomez